UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

RAVITHEJA R. MOOLE,

Plaintiff(s),

-against-

CITY OF NEW YORK, NEW YORK POLICE DEPARTMENT, and JOHN DOE OFFICERS 1-30,

Defendant(s).

1:26-cv-06242-MKV

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this Order. The Court requests that the City of New York, New York Police Department, and John Doe Officers 1-30 waive service of summons.

SO ORDERED.

Dated: November 12, 2026
New York, New York

Mary Kay Vyskocil

MARY KAY VYSKOCIL
United States District Judge